David GOULD, Petitioner

v.

WEISSANG, INC., d/b/a Fishers Pharmacy and Jennifer Leibfreid, Respondents

No. 343 WAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**